1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    J. DOUG WILSON (DCBN 412811)
3   Acting Criminal Chief

4   GARTH HIRE (CABN 187330)
    Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612-5217
        Telephone:  (510) 637-3929
7       Facsimile:  (510) 637-3724
        E-Mail:      Garth.Hire@usdoj.gov
8
    Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )     No. CR 09-0934 DLJ
                                     )
14          Plaintiff,               )     STIPULATION AND  ORDER
                                     )     CONTINUING STATUS CONFERENCE
15      v.                           )     AND EXCLUDING TIME
                                     )
16  KEVIN DAREL ACKERMAN,            )
                                     )
17          Defendant.               )
                                     )
18  _____)

19          Plaintiff, by and through its attorney of record, and defendant, by and through his

20  attorney of record, hereby stipulate and ask the Court to find as follows:

21          1.      A status conference in this matter is scheduled for 9 a.m. on Friday, December 3,

22  2010.

23          2.      The parties request that this hearing be continued until 9 a.m. on Friday, January

24  7, 2011, in order to provide defendant's counsel with additional time to evaluate the evidence in

25  this case and determine whether or not defendant should enter a change of plea or file motions

26  and to prepare for trial in this matter.

27

28

    STIPULATION AND ORDER RESCHEDULING
    HEARING; EXCLUDING TIME

3.     Specifically, defendant's counsel needs the continuance in order to review discovery with defendant, investigate the case, and develop a motions and/or trial strategy in light of the discovery.  The parties believe that failure to grant the above-requested continuance would deny defendant's counsel and defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

4.     Thus, the parties respectfully request that the Court find that the time period from December 3, 2010, to January 7, 2011, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

Dated: November 30, 2010            _____/s/_____
                                    GARTH HIRE
                                    Assistant United States Attorney

                                    Attorney for United States of America

Dated: November 30, 2010            _____/s/_____
                                    MICHAEL SEMANSKY

                                    Attorney for Defendant
                                    Kevin Darel Ackerman

# ORDER

1.      The currently scheduled December 3, 2010, status conference hearing is vacated. A status conference hearing is now scheduled for 9:00 a.m. on January 7, 2011.

2.      The time period from December 3, 2010, to January 7, 2011, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

DATED:  December 2, 2010

HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE